## HARSHMAN *v.* UNITED STATES.

No. 515.   Decided April 1, 1963.

*Francis Heisler* for petitioner.

*Solicitor General Cox, Assistant Attorney General Miller, Ralph S. Spritzer, Beatrice Rosenberg* and *Richard W. Schmude* for the United States.

PER CURIAM.

Upon suggestion of the Solicitor General the judgment is vacated and the case is remanded to the United States District Court for the Northern District of Illinois with instructions to dismiss the indictment.